# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Richmond Local Office**
400 N. Eight Street, Suite 350
Richmond, VA 23219
(804) 362-6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/31/2026

**To:** Brooke A. Carter
[redacted]

Charge No: 438-2025-00168

EEOC Representative and email: LAKETA BANKS
EQUAL OPPORTUNITY INVESTIGATOR
LAKETA.BANKS@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 438-2025-00168.

On behalf of the Commission,

Daron L. Calhoun
Local Office Director

**Cc:**

Allyson E Davies
Office of the Attorney General
202 N 9TH ST
Richmond, VA 23219

Renee Sacra
Virginia Department of Environmental Equality
1111 East Main Street, Suite 1400
Richmond, VA 23219

Thomas E Strelka Esq.
Virginia Employment Law
4227 Colonial Avenue
Roanoke, VA 24018

Please retain this Notice for your records.